RECEIVED

MAR 2 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DONTREAL RASHIRD DAVIS | CIVIL ACTION NO. 14-cv-0410 |
| VERSUS | JUDGE STAGG |
| CAPITAL ONE AUTO FINANCE | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of March, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE